No. 554. THE PEOPLE *v.* BONILLA.—
No. 556. THE PEOPLE *v.* BURGOS.—

Appeals from the District Court of Ponce in cases for violations of the election law. Decided March 13, 1913. Judgments appealed from of October 31, 1912, affirmed. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellants did not appear.

---

No. 383. EX PARTE RODRÍGUEZ.—Petition of heirs of Ambrosio Batlle y Rodríguez to cancel a hypothecary notarial surety bond executed by their ancestor. Decided March 13, 1913. The hypothecary notarial surety bond executed by Ambrosio Batlle y Rodríguez by deed of July 10, 1894, is canceled. *Mr. José Benet* for petitioners.

---

No. 548. THE PEOPLE *v.* BETANCOURT.—
No. 553. THE PEOPLE *v.* GARCÍA.—

Appeals from the District Court of Humacao in cases for violations of the election law. Decided March 14, 1913. Judgments appealed from of November 1, 1912, affirmed. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellants did not appear.

---

No. 555. THE PEOPLE *v.* COLÓN.—Appeal from the District Court of Ponce in an action for violation of the election law. Decided March 14, 1913. Judgment appealed from affirmed. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellant did not appear.